UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAYMOND L. GIBSON, JR., ) | |
| ) | CASE NO. 2:07-CV-00377 |
| Plaintiff ) | |
| ) | Judge Marbley |
| Vs. ) | Magistrate Judge Abel |
| ) | |
| THE SHELLY CO., ) | PLAINTIFF'S UNOPPOSED |
| ) | MOTION TO EXTEND |
| Defendant ) | EXPERT WITNESS |
| ) | IDENTIFICATION DEADLINE |
| ) | |

NOW COMES plaintiff and hereby moves this Court to extend the deadline by which plaintiff must identify expert witnesses. The Preliminary Pretrial Order mandates that plaintiff's expert witnesses be identified by February 25, 2008, and that responsive expert witnesses be identified by March 25, 2008.

The plaintiff served Interrogatories and Request for Production of Documents and has filed an Amended Complaint identifying the proper defendant. Plaintiff did not discover the identity of the proper defendant until the responses to the Interrogatories were served.

Due to a new party being substituted, plaintiff had to serve Interrogatories and Request for Production of Documents on the proper defendant. This has been done, and plaintiff is anticipating receiving the responses by the 1st of March.

The parties have scheduled depositions of one, and perhaps two, of defendant's employees and the plaintiff for March 7, 2008. Plaintiff must have the responses to

written discovery and have taken the depositions before a decision can be made regarding whether to retain an expert witness.

WHEREFORE, plaintiff moves this Court to extend the deadline for plaintiff to identify expert witnesses from February 25, 2008, to March 25, 2008, and the deadline to identify responsive expert witnesses from March 25, 2008, to April 25, 2008.

It is plaintiff's understanding that the defendant does not oppose this motion.

Respectfully submitted,

/s/ Teresa Cunningham
Teresa Cunningham
71 Cavalier Blvd., Suite 100
Florence, KY  41042
859-371-7300
tcunningham@isoc.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be served upon all parties via the Court's electronic mailing system and that a copy was mailed via U.S. ordinary mail to Brian Kelly, Frantz Ward, 2500 Key Center, 127 Public Square, Cleveland, OH 44114 this 20th day of February 2008.

/s/ Teresa Cunningham
Teresa Cunningham