IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Raymond L. Gibson, Jr., | : | |
| Plaintiff | : | Civil Action 2:07-cv-377 |
| v. | : | Judge Marbley |
| The Shelly Co., | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

Plaintiff Raymond L. Gibson, Jr's February 20, 2008 motion to extend the deadline for plaintiff to make expert disclosures until March 25, 2008 (doc. 15) is GRANTED. The deadline for identifying responsive experts is April 25, 2008.

s/ Mark R. Abel
United States Magistrate Judge