### Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
- - - - -

Raymond Gibson,            :

    Plaintiff,        :

vs.                        : Case No. 07-377
                            Judge Marbley
The Shelly Company,        : Magistrate Judge Abel

    Defendant.        :

- - - - -

DEPOSITION OF MELODY CONRAD

- - - - -

Taken at Spectrum Reporting LLC
333 East Stewart Avenue
Columbus, OH 43206
May 14, 2008, 1:50 p.m.

- - - - -
Spectrum Reporting LLC
333 Stewart Avenue, Columbus, Ohio 43206
614-444-1000 or 800-635-9071
www.spectrumreporting.com

- - - - -

### Page 2

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

    Teresa Cunningham, Esq.
    71 Cavalier Boulevard, Suite 100
    Florence, KY 41042

ON BEHALF OF DEFENDANT:
    Frantz Ward
    127 Public Square
    Cleveland, OH 44114
    By Brian J. Kelly, Esq.

ON BEHALF OF WITNESS:
    State of Ohio Assistant Attorney General
    Employment Law Section
    150 E. Gay Street, 22nd Floor
    Columbus, OH 43215
    By Pooja Alag Bird, Esq.

ALSO PRESENT:
    Raymond Gibson

### Page 3

Wednesday Afternoon Session
May 14, 2008, 1:50 p.m.
- - - - -
S T I P U L A T I O N S
- - - - -

It is stipulated by counsel in attendance that the deposition of Melody Conrad, a witness herein, called by the Plaintiff for cross-examination, may be taken at this time by the notary by notice and agreement that said deposition may be reduced to writing in stenotypy by the notary, whose notes may thereafter be transcribed out of the presence of the witness; that proof of the official character and qualification of the notary is waived; that the signature of the witness to the transcript of said deposition is expressly waived by counsel and the witness; said deposition to have the same force and effect as though signed by the said Melody Conrad.

- - - - -

### Page 4

I N D E X

| Examination By | Page |
|---|---|
| Ms. Cunningham - Cross | 5 |
| Mr. Kelly - Cross | 38 |
| Ms. Cunningham - Further Cross | 41 |

| Plaintiff's Exhibits | Page |
|---|---|
| 20 - Letter to Montgomery from Yoakum, 3-27-07 | 27 |

(Exhibits attached to the original transcript.)

Melody Conrad                                                        May 14, 2008

                                        5
1           Melody Conrad
2  being first duly sworn, testifies and says as
3  follows:
4           CROSS-EXAMINATION
5  BY MS. CUNNINGHAM:
6  Q.     Could you state your name for the
7  record and spell your last name, please.
8  A.     Melody Conrad, C-O-N-R-A-D.
9  Q.     My name is Teresa Cunningham, I
10 represent Ray Gibson in the case captioned Gibson
11 vs. Shelly Company.
12         We're here today for your deposition.
13 Have you been deposed before?
14 A.     No.
15 Q.     Okay. I'll be asking you a series of
16 questions. If you can't hear the question or you
17 don't understand me, please ask me to repeat it;
18 otherwise, I'll assume that you understand the
19 question.
20         Where are you currently employed?
21 A.     ODOT.
22 Q.     And what's your position at ODOT?
23 A.     I'm a transportation tech 1.
24 Q.     And when were you first hired by ODOT?

                                        6
1  A.     1988.
2  Q.     What was your position?
3  A.     Project inspector 1.
4  Q.     And were you eventually promoted or
5  moved out of that position?
6  A.     Yes.
7  Q.     And what position were you moved into?
8  A.     A construction project specialist 1.
9  Q.     I'm sorry?
10 A.     A construction project specialist 1.
11 Q.     What were your job duties?
12 A.     I oversaw projects, inspectors. It was
13 inspection.
14 Q.     What do you mean by you oversaw
15 projects?
16 A.     I was the inspector on the project. We
17 made sure that the work got done.
18 Q.     Okay. And were you moved out of that
19 position?
20 A.     Yes.
21 Q.     And when was that?
22 A.     It's been 15 years ago.
23 Q.     Okay. What position were you moved
24 into?

                                        7
1  A.     A transportation tech 1.
2  Q.     And were you eventually moved out of
3  that position?
4  A.     No.
5  Q.     Okay. There was some point when you
6  were doing EEO contract compliance reviews?
7  A.     Uh-huh.
8  Q.     What year was that?
9  A.     I started doing contract compliance
10 reviews 15 years ago.
11 Q.     Okay. Maybe I'm misunderstanding.
12 That's the construction project specialist
13 position?
14 A.     No. The construction project
15 specialist is where I oversaw projects.
16 Q.     Okay.
17 A.     And then they promoted me over to a
18 transportation tech 1.
19 Q.     Oh, I see.
20 A.     And gave me the EEO job duties.
21 Q.     Okay. I see.
22         And during what years were you doing
23 that?
24 A.     I've been doing it for the last 15

                                        8
1  years.
2  Q.     Okay. And you're still doing it?
3  A.     Yes.
4  Q.     Does ODOT assign transportation techs
5  to certain companies to do the compliance reviews?
6  A.     No. You're assigned by your district.
7  Q.     Okay. You're assigned by district.
8  And you do the compliance reviews on The Shelly
9  Company?
10 A.     Yes.
11 Q.     And how long have you been doing those?
12 A.     15 years.
13 Q.     Okay. You've been the only person
14 going out there for 15 years?
15 A.     No. I've been the only one the last
16 five years that's been out there doing reviews for
17 them.
18 Q.     I'm sorry. Who went out there before
19 you?
20 A.     Before it was -- it was whoever --
21 whatever district you worked in, the contractor
22 worked in, that that district could do the review
23 on that contractor. Then five years ago, ODOT
24 changed and said just do them within your district

Melody Conrad                                                                May 14, 2008

Page 9

```
 1   only so that there's no traveling.
 2   Q.        Where you live?
 3   A.        Where the contractor resides.
 4   Q.        Okay.  Okay.  I -- I guess I'm still
 5   not understanding.  Why were you assigned to
 6   Shelly?
 7   A.        Because they're within my -- they're
 8   within my district.  I have seven counties.
 9   Q.        Okay.
10   A.        And if the contractor's main office is
11   within my seven counties, I do the reviews now.
12   Q.        Okay.
13   A.        Before, it's where they -- even though
14   they might have been in my district but they
15   worked in another district with a dollar amount,
16   then that district would do the review.
17   Q.        Oh.
18   A.        But there was a lot of traveling
19   involved, overnight stays and that, so ODOT had
20   stopped that.  And now we just do our reviews
21   within our districts.
22   Q.        Okay.  Tell me, when you do a contract
23   compliance review, what do you do?
24   A.        I just go in there to make sure that
```

Page 10

```
 1   they are showing good faith efforts in meeting
 2   their minority and female goals.
 3   Q.        What do you mean by they're meeting
 4   their good faith efforts to meet goals?
 5   A.        Good faith efforts.  Goals is a goal;
 6   it's not a requirement.  And we look at it to see
 7   good faith efforts.  Are they -- if you're a union
 8   contractor, are you sending letters out to the
 9   union requesting minorities and female for that
10   classification, and any replies back from the
11   unions.
12   Q.        Do your reviews only cover union
13   employees?
14   A.        If the contractor is a union.  Shelly
15   Company is a union contractor.
16   Q.        Okay.  Let's just focus on Shelly.
17   A.        Okay.
18   Q.        So your review would only cover the
19   union employees?
20   A.        Yes.
21   Q.        Okay.  Did your review cover promotions
22   for union employees into management?
23   A.        We looked at it, see if they done any
24   promotions.  But we can't tell them they have to
```

Page 11

```
 1   promote to a management position.
 2   Q.        Okay.  So do you just report what they
 3   tell you?
 4   A.        Uh-huh.
 5   Q.        Do you review documentation?
 6   A.        Yes.
 7   Q.        Okay.  Do you know Candace Gales?
 8   A.        Yes.
 9   Q.        Okay.  When did you first meet
10   Ms. Gales?
11   A.        About 20 years ago.
12   Q.        Okay.  How did you meet her?
13   A.        Through ODOT.
14   Q.        Okay.  That was before you were doing
15   these compliance reviews?
16   A.        Uh-huh.
17   Q.        Do you recall the circumstances when
18   you met her?
19   A.        She was in central office in the EEO
20   office when I met her.
21   Q.        With The Shelly Company?
22   A.        No, with ODOT.
23   Q.        Oh, with ODOT.  Oh, she was with ODOT
24   and then went over to The Shelly Company?
```

Page 12

```
 1   A.        Uh-huh.
 2   Q.        Are you friends?
 3   A.        Just talk -- not -- no.  Not -- we're
 4   business friends but not outside of business, no.
 5   Q.        Okay.  Do you ever talk to her outside
 6   of these compliance reviews?
 7   A.        Only if I have a problem with a --
 8   getting reports from her that I need.
 9   Q.        Okay.  How often do you do the reviews?
10   A.        Once a year.
11   Q.        Are you on a schedule, like every --
12   whatever time every year annually you go in and do
13   the reviews?
14   A.        Not necessarily.  I might do them in
15   September, any time between September and
16   December.
17   Q.        Okay.  When you go in to do a review,
18   what documentation do you look at?
19   A.        We look at their trainees, who they
20   have on board as their trainees and apprentices,
21   and at their minorities and females, and any good
22   faith efforts that they've done in trying to meet
23   their minority and female goals per
24   classification.
```

Spectrum Reporting LLC                                                       614-444-1000

Melody Conrad                                                                May 14, 2008

---

**Page 13**

1  Q.    If you could turn to Exhibit No. 1.
2  You might went to flip that stack over. Is that
3  Exhibit 1?
4  A.    Yeah.
5  Q.    If you want to take a minute and look
6  at that.
7  A.    Okay.
8  Q.    Do you need a few more minutes or do
9  you recognize that document?
10 A.    I recognize this, yes.
11 Q.    Okay. Now, this is a Shelly Company
12 contractor compliance review dated March 9th of
13 '05, and your name is below that. Did you prepare
14 this report?
15 A.    Yes.
16 Q.    Okay. Was your meeting -- well, strike
17 that.
18       You met with Ms. Gales to prepare this
19 report?
20 A.    No. I -- she sent me her
21 documentation, I went over it, and then I met with
22 these guys and we went over the report.
23 Q.    No. I'm sorry. Ms. Gales sent you the
24 documentation for you to look at?

**Page 14**

1  A.    Right.
2  Q.    You looked at it, and then you met with
3  who?
4  A.    Dan Montgomery, Rob Sharrett, Candace
5  Gales, Becky Nuthers and Terry George.
6  Q.    So she sent you the documentation, you
7  went over it, prepared the report, and then you
8  met with everyone?
9  A.    Uh-huh.
10 Q.    And it was your opinion that they were
11 in compliance?
12 A.    Yes.
13 Q.    If you could turn to page 8 of the
14 report, under Training, B, in the middle of the
15 page next to the paragraph that reads: "Is there
16 an evaluation process conducted annually of at
17 least all minority and female personnel for
18 promotional opportunities to encourage these
19 employees to seek or prepare for such
20 opportunities."
21       Do you see that paragraph?
22 A.    At the top here?
23 Q.    No. It's in the middle of the page on
24 page 8.

**Page 15**

1  A.    Okay. "Is there" -- okay.
2  Q.    And it's marked "yes" next to that. Do
3  you see that?
4  A.    Uh-huh.
5  Q.    Do you recall what evaluation process
6  you were told was being conducted annually?
7  A.    They said if they had an opening, then
8  they had an evaluation process that they go
9  through to see who would be promoted into a
10 position.
11 Q.    Did they tell you what the evaluation
12 process was?
13 A.    No. I didn't ask because there was --
14 their paperwork didn't show that they had an
15 opening for a promotion. The only time I would
16 ask for that is if there's an opening for a
17 promotion.
18 Q.    Under that it's got "documentation
19 provided" with Xs next to several different items.
20 Are these all of the items that they sent you?
21 A.    Uh-huh. Under where it says, "list of
22 employees promoted," there was a page in there
23 that said none was promoted.
24 Q.    Okay. Turn to page 11, under A

**Page 16**

1  Personnel Operations.
2  A.    Uh-huh.
3  Q.    It's marked "yes" next to "Is there an
4  annual review of minority and female employees for
5  promotional opportunities?" Do you know what you
6  based that on?
7  A.    They said they do have one if there's
8  an opening for management position for promotion.
9  They don't have any -- if they didn't have a
10 promotion -- an opening for a promotion, they
11 didn't have a review done that year.
12 Q.    So, in other words, if they have an
13 opening, then they annually review minorities and
14 females?
15 A.    If they have an opening for a position.
16 Q.    Are you aware of any minority or female
17 employees that have been promoted into foreman
18 positions?
19 A.    No. I haven't seen an opening for one
20 in their office.
21 Q.    But are you aware of any?
22 A.    No.
23 Q.    Okay. And the next category is marked
24 "yes." "Is there encouragement of minority and

---

Melody Conrad						May 14, 2008

```
                                          17                                              19
 1  female employees to seek promotional          1  Miller acquisition, the Columbus Construction
 2  opportunities?"  Did they tell you what this  2  Group did not promote any employees during the
 3  encouragement was?                            3  2006 construction season."  But that evaluation is
 4  A.      I -- I don't have the review here in  4  2005.  I'm sorry -- the compliance review is 2005.
 5  front of me, so I really don't know.          5          Also, if you could turn to Exhibit
 6  Q.      Okay.  The next category is:  "Are    6  No. 18.  And I know it's going to be kind of hard
 7  there efforts to assist minority and female   7  for you, but if you can keep all the exhibits
 8  employees to prepare for promotion?"  And that's 8 marked in, like, one stack.
 9  marked "yes."  Do you recall what efforts they 9          MS. ALAG BIRD:  Here, let's do this.
10  told you they used to assist minority and female 10 Let's flip these over as you go through these
11  employees to prepare for promotion?          11  here, keep them in order.  Do you see 18?  Okay.
12  A.      No, I don't.  I -- like I said, I don't 12        MR. KELLY:  Can I just see whatever
13  have the review here, the whole review in -- I 13  document you're discussing or referring to?
14  mean, this is just part of it.  The whole    14          MS. CUNNINGHAM:  I'm sorry.  Do you
15  documentation, I don't have it in front of me so I 15 have a copy?  It's Exhibit -- this one.  I'm
16  -- I can't really --                         16  referring her back to Exhibit 18.
17  Q.      I subpoenaed documentation from ODOT. 17          MR. KELLY:  Well, I want to see what it
18  And if you would like to go off the record, you 18 is you're --
19  can take a look at that.                     19          MS. CUNNINGHAM:  This isn't Exhibit 18.
20          MS. CUNNINGHAM:  Let's go off the     20          MR. KELLY:  I understand.
21  record and give her an opportunity to look at it. 21 Q.      Now, Exhibit No. 18, you've got that in
22          (A short recess is taken.)           22  front of you?
23  Q.      Have you now had an opportunity to   23  A.      Yes.
24  review most of that stack of documents?      24  Q.      That says at the bottom, the last

                                          18                                              20
 1  A.      Uh-huh.  Yes.                         1  paragraph, that Ron Gutridge, Caucasian, filled in
 2  Q.      Can you tell what documentation you   2  for Brad Boyer.  Mr. Boyer moved out of a former
 3  relied on?                                    3  position in July of '05.  But Mr. Gutridge was not
 4  A.      From the stuff -- from the letters that 4 formally promoted into a foreman position until
 5  came from the union, it says that they're     5  2006.  So there was a promotion in the Thornville
 6  responding to Shelly Company's letter on hiring. 6 Division --
 7  And it just -- the only thing, it just says that 7           MR. KELLY:  Well, that --
 8  they are under -- pursuant to state and federal 8  Q.      -- in 2006?
 9  laws, mandates our collective bargaining as well 9           MR. KELLY:  That talks about during the
10  as a court order to operate in nondiscriminatory 10 2006 season.  Obviously, I'm -- I'm not going to
11  hiring from the halls.  And also this is the year 11 interfere.  You might not be talking apples to
12  where they did not do any -- the letter here that 12 apples.  I encourage you to look at that.
13  I'm showing here from The Shelly Company, that all 13 A.      That wasn't on any of the paperwork
14  of their available positions were hired through 14  when I done the review, this one here.
15  the Miller -- when they overtook the -- when they 15 Q.      Right.  That was produced per court
16  bought out the Miller Company, they put their 16  order.  So referring back to this document that
17  employees in those vacant positions.  So there was 17 you pointed out that there were no promotions in
18  no positions within hiring for that year.    18  the Columbus Construction Group, are you aware
19          MR. KELLY:  Teresa, obviously, not this 19 that the construction -- Columbus Construction
20  moment, but can you make copies for me of whatever 20 Group was part of --
21  is discussed?                                21          MR. KELLY:  Melody, I'm sorry.  Please
22          MS. CUNNINGHAM:  Sure.               22  don't put that away.
23  Q.      Okay.  This is a letter dated December 23 Q.      That the Columbus Construction Group
24  the 19th of 2006.  And it says:  "Due to the 24  was part of Thornville?
```

Spectrum Reporting LLC						614-444-1000

Melody Conrad                                                                May 14, 2008

Page 21

1  MR. KELLY: During what time period?
2  MS. CUNNINGHAM: It was part of -- it
3  was spun off; and I don't recall exactly --
4  MR. KELLY: That's why I asked the time
5  period.
6  MS. CUNNINGHAM: -- what year. Well,
7  you tell me the time period.
8  MR. KELLY: I don't know. I think Rob
9  testified about it.
10 MS. CUNNINGHAM: Yeah, and I asked him.
11 Q. But are you aware the Columbus Group
12 used to be a part of Thornville?
13 A. No.
14 Q. Okay. You weren't notified of any of
15 that?
16 A. No.
17 Q. Okay. You evaluate The Shelly Company
18 as a whole?
19 A. Right.
20 Q. You don't evaluate the different
21 divisions?
22 A. No.
23 Q. All right. But as far as you knew,
24 there were no promotions in 2006, correct?

Page 22

1  A. Right.
2  Q. Okay. So you were not told that
3  Mr. Gutridge was formally promoted in 2006?
4  A. No, not that I know of, not that I'm
5  aware of.
6  Q. Okay. All right. Now, back to -- or
7  I'm sorry. Are there any other documents that you
8  relied on that you discovered in that file?
9  A. Huh-uh. No.
10 Q. Okay. I just want to make sure all of
11 these kind of stay separate from the exhibits.
12 A. I just flipped it upside down.
13 Q. Okay. Would it be fair to say that
14 when you complete these contract compliance
15 reviews, that you just rely on what Shelly
16 employees tell you?
17 A. Yes.
18 Q. Okay. On page 11 of Exhibit No. 1 in
19 the middle of the page where it's got
20 "Documentation Provided" --
21 A. Uh-huh.
22 Q. -- and it's marked that -- I'm assuming
23 that you received a copy of the EEO officer's job
24 description, records, reports, analysis and

Page 23

1  diaries related to monitoring and action taken as
2  a result of monitoring, listing of employees
3  promoted, personnel files, and interviews. Do you
4  recall if you were ever given personnel files?
5  A. No.
6  Q. Okay. Did you ask Ms. Gales why you
7  were not given personnel files?
8  A. I just asked for the list of all the
9  personnel and their start dates.
10 Q. Okay.
11 A. That's all that's always been required.
12 We never ask for their personnel files. I mean, I
13 can look at them, but I never ask for copies of
14 them.
15 Q. Did you ever look for personnel files
16 at The Shelly Company?
17 A. Huh-uh.
18 Q. Why not?
19 MR. KELLY: I'm sorry. Is that a no?
20 THE WITNESS: No. It's no.
21 Q. Why not?
22 A. They've always given me a list of the
23 personnel. It's not in here.
24 Q. So, again, they just provide you a

Page 24

1  printout of the personnel --
2  A. Yes.
3  Q. -- with what, their race next to it?
4  A. Classification, hire dates.
5  Q. And the race -- is the race listed?
6  A. I think so.
7  Q. All right. If you could turn to page
8  14 of this report, under D, where the X is marked
9  in the "no" box.
10 A. Uh-huh.
11 Q. "Are there formal charges of
12 discrimination pending against the contractor,
13 including EEOC or OCRC charges?" That's marked
14 "no." Did you get that information from
15 Ms. Gales?
16 A. Yes.
17 Q. Okay. Were you aware that Mr. Gibson
18 had filed an EEOC charge?
19 A. No.
20 Q. Okay. Do you look at any
21 documentation, or do you just rely on what
22 Ms. Gales tells you?
23 A. If -- I just ask the question. I go
24 through and ask the questions. And then if

Page 25

1  there's any documentation that says, yes, there
2  is, then they have to provide it.
3  Q.    Okay.  But they didn't provide you a
4  copy of Mr. Gibson's charge?
5  A.    No.
6  Q.    Okay.
7        MR. KELLY:  Are you representing for
8  the record that a charge was pending at the time
9  the information was provided?
10       MS. CUNNINGHAM:  I'm fairly certain
11 that it was filed in January.
12       MR. KELLY:  Do you know when -- I mean,
13 I don't know when -- you know the date of her
14 report.  You don't know when Candace provided the
15 information, obviously.
16       MS. CUNNINGHAM:  No.  But --
17 Q.    When does Ms. Gales provide this
18 information to you?
19 A.    Our reviews is one year behind.  So if
20 it's a 2005 review, it's actually 2004 projects
21 we're looking at.  So we're always a year behind.
22 Q.    But she would provide you current
23 information?
24 A.    No.  Just for what we were asking for.

Page 26

1  I'm looking for the dates.
2  Q.    Oh, okay.  Is that in the front?
3        MR. ALAG BIRD:  We're just looking at
4  this document right now.  Just look at this.
5        THE WITNESS:  Okay.
6  A.    Yeah.  On the one page it says, Other
7  sufficient observations and comments for the
8  review period of 1-1-04 through 12-31 of '04 is
9  this review.
10 Q.    Okay.  Are you aware that Mr. Gibson
11 filed an EEOC charge in 2004?
12 A.    No.
13 Q.    And you weren't told that, obviously,
14 correct?
15 A.    No.
16 Q.    This document has a review date of
17 March the 9th of '05.  Did you meet with Ms. Gales
18 on that date, or is that the date you prepared the
19 report?
20 A.    No, that's the day we met.
21 Q.    Oh, okay.  So if you're a year behind,
22 wouldn't it be fair to say that your '07 report
23 reflects what went on in '06?
24 A.    Uh-huh.

Page 27

1  Q.    Right.
2        MR. ALAG BIRD:  Remember to answer yes
3  or no so the court reporter can take down your
4  answer.
5        THE WITNESS:  Yes.  I'm sorry.
6        MS. CUNNINGHAM:  I don't have an extra
7  copy of this one.
8        MR. KELLY:  Okay.  If you are going to
9  ask her about it, I guess I would like to have a
10 copy of it, please.
11       (A short recess is taken.)
12 Q.    I'm handing you what's been marked as
13 Plaintiff's Exhibit 20.  If you would like, take a
14 few minutes and look at that document.
15                - - - - -
16       Thereupon, Plaintiff's Exhibit 20 is
17 marked for purposes of identification.
18                - - - - -
19 Q.    Okay.  Can you tell me what Exhibit
20 No. 20 is?
21 A.    It's a review on The Shelly Company
22 done on January 25th of '07.
23 Q.    And that was prepared by you?
24 A.    Yes.

Page 28

1  Q.    And as we just discussed, you're a year
2  behind, so the information in this document would
3  have covered 2006?
4  A.    Yes.
5  Q.    Okay.  Correct?
6        And I believe you testified that you
7  were told that once an opening was identified,
8  then this evaluation process would be conducted to
9  see that all minority and female personnel have an
10 opportunity at that promotion, correct?
11 A.    Yes.
12 Q.    And every year you had been told there
13 were no openings, right?
14 A.    Correct.
15 Q.    And then I referred you to Exhibit
16 No. 18, which reflects that, in fact, a
17 Mr. Gutridge was promoted in 2006, correct?
18 A.    That's what this says, yes.
19 Q.    Were you aware of that when you
20 prepared this report?
21 A.    No.
22 Q.    Okay.  So it would be fair to say that
23 you were not provided any documentation showing
24 that promotion for the 2006 year?

Melody Conrad                                                                May 14, 2008

                                                    29
1   A.       Right.
2   Q.       Okay.  If you could turn to page 8 of
3   Exhibit 20, this is the section we had discussed
4   for the earlier year regarding the evaluation
5   process.  And did you cover this section with
6   Ms. Gales when you went through this review?
7   A.       Yes.
8   Q.       Okay.  Do you recall what she told you?
9   A.       No, I don't.
10  Q.       Are you aware of any females or
11  minorities being promoted in The Shelly Company in
12  the years that you've done the contract compliance
13  reviews?
14  A.       No.
15  Q.       So would it be fair to say that --
16  well, strike that.
17           Since you had said that in response to
18  the Training B for the evaluation process, were
19  you always told that there was no opening, so,
20  therefore, there was no process conducted of
21  minorities and females to see if they would be
22  available for that promotion?
23           MR. KELLY:  Objection.
24           MR. ALAG BIRD:  Go ahead and answer the

                                                    30
1   question.
2   A.       I just -- I don't understand the
3   question.
4   Q.       When we went through the previous
5   exhibit --
6   A.       Okay.
7   Q.       -- it was my understanding we went
8   through your '05 evaluation, which was for the '04
9   time period.  It was my understanding when we got
10  to page No. 8 and this section under Training, and
11  I asked you about if there -- you had marked "yes"
12  in response to the question:  "Is there an
13  evaluation process conducted annually of at least
14  all minority and female personnel for promotional
15  opportunities?"
16  A.       Okay.
17  Q.       That you were told that only if there
18  is an opening identified, that then The Shelly
19  Company tells you whether or not this process has
20  been complied with; is that correct?
21  A.       Yes.
22  Q.       Is it true that all the years you have
23  been conducting compliance reviews on The Shelly
24  Company that they have never identified an

                                                    31
1   opening?
2   A.       No.
3   Q.       That's not true?
4   A.       No, that's true.
5   Q.       Oh, okay.  So it is true.
6            Okay.  So they've never gotten to this
7   issue of the evaluation process because it was
8   your understanding that there was never a job
9   opening?
10  A.       Right.
11  Q.       Did you think that was odd?
12           MR. ALAG BIRD:  Objection.  Go ahead
13  and answer.
14  Q.       Does that strike you as being odd?
15           MR. ALAG BIRD:  Objection.  Go ahead
16  and answer the question.
17  A.       Not really.
18  Q.       Not really?
19  A.       I mean, being a large company, I don't
20  -- young -- young foremens, I don't see were one
21  of them is going to leave in a hurry.
22  Q.       But this just isn't about foreman
23  positions.  So this question on page 8 of the
24  compliance review, is it restricted to foreman?

                                                    32
1   A.       No.
2   Q.       Turn back to Exhibit No. 18, please.
3   A.       Okay.
4   Q.       Okay.  Exhibit No. 18 in the second
5   paragraph, it says, "During the 2004 season The
6   Shelly Company promoted Dave Scott, a Caucasian,
7   from position of distributor man."  So if we go
8   back to Exhibit No. 1, okay, which is your 2005
9   report, which actually covers the year 2004,
10  correct?
11  A.       Yeah.
12  Q.       Were you told that there was an opening
13  and that Dave Scott was filled -- filled that
14  opening?
15  A.       No.
16  Q.       No.
17           Okay.  And when we turn to page 8,
18  again, of Exhibit No. 1, and you had told me that
19  they told you if they identified a position that
20  then they went through this evaluation process of
21  all minority and female individuals, correct?
22           MR. ALAG BIRD:  Objection.  You can
23  answer.
24  A.       Yes.

Spectrum Reporting LLC                                             614-444-1000

**33**

1  Q.      Okay. And isn't it true that they did
2  not tell you that there were any positions open?
3          MR. ALAG BIRD: Objection. You can
4  answer.
5  A.      Yes.
6  Q.      And based on Exhibit No. 18, that
7  appears to not be a true statement, correct?
8          MR. KELLY: Objection.
9          MR. ALAG BIRD: Objection.
10         MR. KELLY: I object to form. What in
11 Exhibit 18? Oh, Exhibit 18. I thought you meant
12 No. 1. Go ahead.
13 Q.      You may answer the question.
14 A.      Yes.
15 Q.      Okay. Let me take a break.
16         (A short recess is taken.)
17 Q.      If you can look at Exhibit No. 1, which
18 is your 2005 compliance review for the year 2004,
19 what documents did Shelly provide to you?
20 A.      It's in the file. I don't have them
21 here. It's -- it's about something like these.
22 Q.      Do you mean that entire stack or just
23 that small stack?
24 A.      Oh, no, there was a big stack.

**34**

1  Q.      Because when I subpoenaed the
2  documents, there were stacks and stacks.
3  A.      Right.
4  Q.      If you went through all that stuff, is
5  it -- are the documents they provided you in that
6  stack, or do you not know until you actually --
7  A.      I do not know until I would compare it
8  with what I have in my files.
9  Q.      Okay. And we covered they didn't
10 produce any personnel files --
11 A.      No.
12 Q.      -- correct?
13         Did they provide you any job
14 description records? And this, again, comes out
15 of page 11 of Exhibit No. 1, in the middle of the
16 page it says, "Documentation Provided."
17 A.      For the EEO officer?
18 Q.      Well, it's -- as I understand this,
19 this relates to the information before -- above
20 it -- I'm sorry -- above it for promotional
21 opportunities. It's under Section A, "Personnel
22 Operations."
23 A.      But it says copy of -- of EEO officer's
24 job description.

**35**

1  Q.      Oh, I'm sorry. Maybe I misunderstood
2  your statement. Yes.
3          Do they provide you a copy of that?
4  A.      No. I just have copies of the reports.
5  Q.      You're talking about the statistical
6  reports?
7  A.      Uh-huh.
8  Q.      The long 11-by-18 --
9  A.      Uh-huh.
10         MR. ALAG BIRD: Answer yes or no.
11 A.      Yes.
12 Q.      Do those statistical reports reflect
13 promotions, or do you know?
14 A.      I don't know.
15 Q.      Okay. Do they produce any analysis?
16 A.      I don't know.
17 Q.      Did they produce any diaries related to
18 monitoring and action as a result of monitoring?
19 A.      I don't know.
20 Q.      And I believe they did provide a list
21 of employees promoted?
22 A.      Uh-huh.
23 Q.      And that was none?
24 A.      Right.

**36**

1  Q.      They told you no, none?
2  A.      Right.
3  Q.      And that would have been for the year
4  2004, correct?
5  A.      Yes.
6  Q.      Okay. And we've discussed personnel
7  files; they didn't produce those. And did they
8  produce any documentation regarding interviews?
9  A.      No.
10 Q.      Okay. Would you explain your job
11 duties as related to reporting Shelly's promotions
12 of minorities and females?
13         MR. ALAG BIRD: Objection to the form
14 of the question.
15 A.      I don't -- I don't understand that.
16         MR. ALAG BIRD: Go ahead and answer her
17 question.
18 A.      That's not one of my job duties.
19 Q.      Okay. Tell me what these compliance
20 reviews are designed to do.
21 A.      To make sure there is good faith
22 efforts in meeting their minority and female
23 goals.
24 Q.      And those goals are simply for hiring;

Melody Conrad                                                May 14, 2008

### Page 37

1  they're not promotional?
2  A.      Right.
3  Q.      Okay. So it would be fair to say, as
4  far as you know, they haven't met goals for
5  promotions?
6          MR. KELLY: Objection.
7          MR. ALAG BIRD: Objection.
8  A.      I don't do goals for --
9  Q.      For promotions?
10 A.      -- promotions.
11 Q.      So your report doesn't reflect that?
12 A.      No.
13 Q.      Not at all?
14 A.      Huh-uh.
15 Q.      So when you found they were in
16 compliance, it didn't have anything to do with
17 promotions, right?
18 A.      Right.
19         MR. ALAG BIRD: Objection. Go ahead
20 and answer.
21 Q.      It only had to do with statistics of
22 individuals hired from the unions?
23 A.      Correct.
24         MS. CUNNINGHAM: Let's go off the

### Page 38

1  record.
2          (A short recess is taken.)
3          MS. CUNNINGHAM: I have no further
4  questions.
5                - - - - -
6             CROSS-EXAMINATION
7  BY MR. KELLY:
8  Q.      I have a couple. Ms. Conrad, my name
9  is Brian Kelly. We met, well, just a short while
10 ago this afternoon. I represent The Shelly
11 Company in connection with a number of lawsuits
12 and other actions brought by Ray Gibson. Today
13 we're here in connection with one of Mr. Gibson's
14 federal lawsuits. I have just a couple questions
15 regarding that lawsuit.
16         I believe you told Ms. Cunningham that
17 evaluating The Shelly Company's promotional
18 efforts is not a part of your review process; is
19 that correct?
20 A.      Correct.
21 Q.      So the information about promotions at
22 The Shelly Company, is that material at all to
23 your findings as to whether Shelly is in
24 compliance or not?

### Page 39

1  A.      No.
2  Q.      That information is just simply not
3  relevant; is that right?
4  A.      Correct.
5  Q.      When you do your review, are you
6  looking at Shelly company-wide, or do you just
7  look at certain job classifications?
8  A.      I look at their construction job
9  classifications.
10 Q.      Okay. Now, does that include the
11 Asphalt Division and everything else?
12 A.      No. It's just the construction part of
13 it.
14 Q.      Just construction.
15         Does that include analysis of
16 foreman-type positions?
17 A.      No, sir.
18 Q.      So you were referred by Ms. Cunningham
19 to Exhibit 18, the document in your left hand
20 there, ma'am.
21         In light of the limited scope of your
22 analysis, is the information contained in
23 Exhibit 18 necessarily inconsistent with any of
24 your reports?

### Page 40

1  A.      No.
2  Q.      And is the information contained in
3  Exhibit 18, in light of the limited scope of your
4  analysis, necessarily inconsistent with any
5  information that Shelly Company provided to you?
6  A.      I didn't understand your question.
7  Q.      Because it was a horrible question,
8  ma'am.
9          You have a limited scope of your
10 analysis, right?
11 A.      Yes.
12 Q.      In light of that, the information in
13 Exhibit 18, is that necessarily inconsistent with
14 any information Shelly provided to you?
15 A.      No.
16 Q.      There were questions of you and of
17 Ms. Gales today about whether you have some sort
18 of relationship outside of work.
19 A.      No.
20 Q.      Did you ever reach any conclusions as
21 to The Shelly Company's compliance or
22 noncompliance because of your relationship with
23 Ms. Gales or anyone else at The Shelly Company?
24 A.      No.

Melody Conrad                                                                  May 14, 2008

---

Page 41

1  Q.      Did you evaluate the data to the best
2  of your ability and reach those conclusions that
3  seemed justified in accordance with the
4  regulations you administer?
5  A.      Yes.
6  Q.      And your conclusions were that as far
7  as you could tell, The Shelly Company --
8          MS. CUNNINGHAM: Objection, leading.
9  Would you just answer -- ask her a question
10 instead of giving her the answer and testifying.
11 Q.      I think you told Ms. Cunningham your
12 conclusion, having done that, was that the company
13 was in compliance; is that right?
14 A.      Yes.
15 Q.      Thank you, Ms. Conrad.
16         MS. CUNNINGHAM: Do you have any
17 questions?
18         MR. ALAG BIRD: I do not.
19         - - - - -
20         FURTHER CROSS-EXAMINATION
21 BY MS. CUNNINGHAM:
22 Q.      I have just a few follow-up.
23         In response to Brian's question, you
24 had stated that the report didn't reflect any --

Page 42

1  it was not inconsistent with what they told you.
2  But yet when I questioned you -- and, again, refer
3  to Exhibit No. 1, page 8. As I recall your
4  testimony, and perhaps you're changing it now, but
5  when we went through --
6          MR. ALAG BIRD: Objection.
7  Q.      -- under B, under Training, I asked
8  you -- that was marked "yes." I asked you about
9  whether or not there was an evaluation process
10 conducted annually of all -- at least all minority
11 and female personnel. And, in fact, you testified
12 that you were told that unless there is an
13 opening, they identify an opening, they do not do
14 an evaluation process, correct?
15 A.      Correct.
16 Q.      So you were not given any
17 documentation; you weren't told there was an
18 opening, correct?
19 A.      Correct.
20 Q.      And this was an evaluation dated May
21 17th of '05; it reflects the information for '04.
22 And Exhibit No. 18 reflects that there was, in
23 fact, a promotion in '04, correct?
24 A.      For a foreman, yes.

Page 43

1  Q.      Yes.
2          MS. CUNNINGHAM: Okay. I have no
3  further questions.
4          MR. KELLY: Thank you for your time,
5  Ms. Conrad.
6          THE REPORTER: Is she reserving her
7  right to read the transcript?
8          MR. ALAG BIRD: You have the
9  opportunity to read the transcript and review it
10 for any inaccuracies only in transcription, but
11 you can't change your testimony in any way. Would
12 you like to read the transcript?
13         THE WITNESS: No.
14         MR. ALAG BIRD: We'll waive. Thanks.
15         - - - - -
16         Thereupon, the foregoing proceedings
17         concluded at 2:45 p.m.
18         - - - - -

Page 44

1  State of Ohio    :    C E R T I F I C A T E
2  County of Franklin: SS
3     I, Stacy M. Upp, a Notary Public in and for the
4  State of Ohio, certify that Melody Conrad was by me
5  duly sworn to testify to the whole truth in the
6  cause aforesaid; testimony then given was reduced
7  to stenotype in the presence of said witness,
8  afterwards transcribed by me; the foregoing is a
9  true record of the testimony so given; and this
10 deposition was taken at the time and place
11 specified on the title page.
12    Pursuant to Rule 30(e) of the Fed. R. Civ. P.,
13 the witness and/or the parties have waived review
14 of the deposition transcript.
15    I certify I am not a relative, employee,
16 attorney or counsel of any of the parties hereto,
17 and further I am not a relative or employee of any
18 attorney or counsel employed by the parties hereto,
19 or financially interested in the action.
20    IN WITNESS WHEREOF, I have hereunto set my hand
21 and affixed my seal of office at Columbus, Ohio, on
22 _____, 2008.
23 _____
24 Stacy M. Upp, Notary Public - State of Ohio

Melody Conrad                                                                                          May 14, 2008

Page 45

**A**
Abel 1:7
ability 41:2
acquisition 19:1
action 23:1
  35:18 44:19
actions 38:12
administer 41:4
affixed 44:21
aforesaid 44:6
afternoon 3:1
  38:10
ago 6:22 7:10
  8:23 11:11
  38:10
agreement 3:10
ahead 29:24
  31:12,15 33:12
  36:16 37:19
Alag 2:13 19:9
  26:3 27:2
  29:24 31:12,15
  32:22 33:3,9
  35:10 36:13,16
  37:7,19 41:18
  42:6 43:8,14
amount 9:15
analysis 22:24
  35:15 39:15,22
  40:4,10
and/or 44:13
annual 16:4
annually 12:12
  14:16 15:6
  16:13 30:13
  42:10
answer 27:2,4
  29:24 31:13,16
  32:23 33:4,13
  35:10 36:16
  37:20 41:9,10
appears 33:7
apples 20:11,12
apprentices
  12:20
asked 21:4,10
  23:8 30:11
  42:7,8
asking 5:15
  25:24
Asphalt 39:11
assign 8:4
assigned 8:6,7
  9:5
assist 17:7,10
Assistant 2:11
assume 5:18
assuming 22:22
attached 4:22
attendance 3:6
attorney 2:11

  44:16,18
available 18:14
  29:22
Avenue 1:15,20
aware 16:16,21
  20:18 21:11
  22:5 24:17
  26:10 28:19
  29:10

**B**
B 14:14 29:18
  42:7
back 10:10 19:16
  20:16 22:6
  32:2,8
bargaining 18:9
based 16:6 33:6
Becky 14:5
BEHALF 2:2,6,10
believe 28:6
  35:20 38:16
best 41:1
big 33:24
Bird 2:13 19:9
  26:3 27:2
  29:24 31:12,15
  32:22 33:3,9
  35:10 36:13,16
  37:7,19 41:18
  42:6 43:8,14
board 12:20
bottom 19:24
bought 18:16
Boulevard 2:4
box 24:9
Boyer 20:2,2
Brad 20:2
break 33:15
Brian 2:8 38:9
Brian's 41:23
brought 38:12
business 12:4,4

**C**
C 2:1 44:1,1
called 3:8
Candace 11:7
  14:4 25:14
can't 5:16 10:24
  17:16 43:11
captioned 5:10
case 1:6 5:10
category 16:23
  17:6
Caucasian 20:1
  32:6
cause 44:6
Cavalier 2:4
central 11:19
certain 8:5

  25:10 39:7
certify 44:4,15
change 43:11
changed 8:24
changing 42:4
character 3:14
charge 24:18
  25:4,8 26:11
charges 24:11,13
circumstances
  11:17
Civ 44:12
classification
  10:10 12:24
  24:4
classifications
  39:7,9
Cleveland 2:8
collective 18:9
Columbus 1:16,20
  2:12 19:1
  20:18,19,23
  21:11 44:21
comes 34:14
comments 26:7
companies 8:5
company 1:7 5:11
  8:9 10:15
  11:21,24 13:11
  18:13,16 21:17
  23:16 27:21
  29:11 30:19,24
  31:19 32:6
  38:11,22 40:5
  40:23 41:7,12
Company's 18:6
  38:17 40:21
company-wide
  39:6
compare 34:7
complete 22:14
compliance 7:6,9
  8:5,8 9:23
  11:15 12:6
  13:12 14:11
  19:4 22:14
  29:12 30:23
  31:24 33:18
  36:19 37:16
  38:24 40:21
  41:13
complied 30:20
concluded 43:17
conclusion 41:12
conclusions
  40:20 41:2,6
conducted 14:16
  15:6 28:8
  29:20 30:13
  42:10
conducting 30:23

connection 38:11
  38:13
Conrad 1:12 3:7
  3:19 5:1,8
  38:8 41:15
  43:5 44:4
construction 6:8
  6:10 7:12,14
  19:1,3 20:18
  20:19,19,23
  39:8,12,14
contained 39:22
  40:2
contract 7:6,9
  9:22 22:14
  29:12
contractor 8:21
  8:23 9:3 10:8
  10:14,15 13:12
  24:12
contractor's
  9:10
copies 18:20
  23:13 35:4
copy 19:15 22:23
  25:4 27:7,10
  34:23 35:3
correct 21:24
  26:14 28:5,10
  28:14,17 30:20
  32:10,21 33:7
  34:12 36:4
  37:23 38:19,20
  39:4 42:14,15
  42:18,19,23
counsel 3:6,17
  44:16,18
counties 9:8,11
County 44:2
couple 38:8,14
court 1:1 18:10
  20:15 27:3
cover 10:12,18
  10:21 29:5
covered 28:3
  34:9
covers 32:9
Cross 4:3,3,4
cross-examina...
  3:8 5:4 38:6
  41:20
Cunningham 2:3
  4:3,4 5:5,9
  17:20 18:22
  19:14,19 21:2
  21:6,10 25:10
  25:16 27:6
  37:24 38:3,16
  39:18 41:8,11
  41:16,21 43:2
current 25:22

currently 5:20
C-O-N-R-A-D 5:8

**D**
D 4:1 24:8
Dan 14:4
data 41:1
date 25:13 26:16
  26:18,18
dated 13:12
  18:23 42:20
dates 23:9 24:4
  26:1
Dave 32:6,13
day 26:20
December 12:16
  18:23
Defendant 1:8
  2:6
deposed 5:13
deposition 1:12
  3:7,10,16,17
  5:12 44:10,14
description
  22:24 34:14,24
designed 36:20
diaries 23:1
  35:17
didn't 15:13,14
  16:9,11 25:3
  34:9 36:7
  37:16 40:6
  41:24
different 15:19
  21:20
discovered 22:8
discrimination
  24:12
discussed 18:21
  28:1 29:3 36:6
discussing 19:13
distributor 32:7
district 1:1,1
  8:6,7,21,22,24
  9:8,14,15,16
districts 9:21
Division 1:2
  20:6 39:11
divisions 21:21
document 13:9
  19:13 20:16
  26:4,16 27:14
  28:2 39:19
documentation
  11:5 12:18
  13:21,24 14:6
  15:18 17:15,17
  18:2 22:20
  24:21 25:1
  28:23 34:16
  36:8 42:17

Spectrum Reporting LLC                                                                           614-444-1000

| | | | | |
|---|---|---|---|---|
| **documents** 17:24 22:7 33:19 34:2,5 | 30:8,13 31:7 32:20 42:9,14 42:20 | **flip** 13:2 19:10 **flipped** 22:12 **Floor** 2:12 | 20:10 27:8 31:21 **good** 10:1,4,5,7 | **isn't** 19:19 31:22 33:1 **issue** 31:7 |
| **doesn't** 37:11 **doing** 7:6,9,22 7:24 8:2,11,16 11:14 | **eventually** 6:4 7:2 **exactly** 21:3 **Examination** 4:2 | **Florence** 2:4 **focus** 10:16 **follows** 5:3 **follow-up** 41:22 | 12:21 36:21 **gotten** 31:6 **Group** 19:2 20:18 20:20,23 21:11 | **items** 15:19,20 **it's** 6:22 9:13 10:6 14:23 15:2,18 16:3 |
| **dollar** 9:15 **don't** 5:17 16:9 17:4,5,12,12 17:15 20:22 | **exhibit** 13:1,3 19:5,15,16,19 19:21 22:18 27:13,16,19 | **force** 3:18 **foregoing** 43:16 44:8 **foreman** 16:17 | **guess** 9:4 27:9 **Gutridge** 20:1,3 22:3 28:17 **guys** 13:22 | 19:6,15 22:19 22:22 23:20,23 25:20,20 27:21 33:20,21,21 |
| 21:3,8,20 25:13,14 27:6 29:9 30:2 31:19,20 33:20 | 28:15 29:3 30:5 32:2,4,8 32:18 33:6,11 33:11,17 34:15 | 20:4 31:22,24 42:24 **foreman-type** 39:16 **foremens** 31:20 | **H** **halls** 18:11 **hand** 39:19 44:20 | 34:18,21 39:12 **I'll** 5:15,18 **I'm** 5:23 6:9 7:11 8:18 9:4 |
| 35:14,16,19 36:15,15 37:8 **Due** 18:24 **duly** 5:2 44:5 | 39:19,23 40:3 40:13 42:3,22 **exhibits** 4:5,22 19:7 22:11 | **form** 33:10 36:13 **formal** 24:11 **formally** 20:4 22:3 | **handing** 27:12 **hard** 19:6 **haven't** 16:19 37:4 | 13:23 18:13 19:4,14,15 20:10,10,21 22:4,7,22 |
| **duties** 6:11 7:20 36:11,18 | **explain** 36:10 **expressly** 3:16 **extra** 27:6 | **former** 20:2 **found** 37:15 **Franklin** 44:2 | **hear** 5:16 **hereto** 44:16,18 **hereunto** 44:20 | 23:19 25:10 26:1 27:5,12 34:20 35:1 |
| **E** | **F** | **Frantz** 2:7 **friends** 12:2,4 **front** 17:5,15 | **hire** 24:4 **hired** 5:24 18:14 37:22 | **I've** 7:24 8:15 |
| **E** 2:1,1,12 4:1 44:1,1 **earlier** 29:4 | **F** 44:1 **fact** 28:16 42:11 42:23 | 19:22 26:2 **further** 4:4 38:3 41:20 43:3 | **hiring** 18:6,11 18:18 36:24 **horrible** 40:7 | **J** **J** 2:8 **January** 25:11 |
| **East** 1:15 **EASTERN** 1:2 **EEO** 7:6,20 11:19 22:23 34:17,23 | **fair** 22:13 26:22 28:22 29:15 37:3 **fairly** 25:10 | 44:17 **G** **Gales** 11:7,10 | **Huh-uh** 22:9 23:17 37:14 **hurry** 31:21 | 27:22 **job** 6:11 7:20 22:23 31:8 34:13,24 36:10 |
| **EEOC** 24:13,18 26:11 **effect** 3:18 **efforts** 10:1,4,5 | **faith** 10:1,4,5,7 12:22 36:21 **far** 21:23 37:4 41:6 | 13:18,23 14:5 23:6 24:15,22 25:17 26:17 29:6 40:17,23 | **I** **identification** 27:17 **identified** 28:7 | 36:18 39:7,8 **Judge** 1:7,7 **July** 20:3 **justified** 41:3 |
| 10:7 12:22 17:7,9 36:22 38:18 **employed** 5:20 | **Fed** 44:12 **federal** 18:8 38:14 **female** 10:2,9 | **Gay** 2:12 **General** 2:11 **George** 14:5 | 30:18,24 32:19 **identify** 42:13 **inaccuracies** 43:10 | **K** **keep** 19:7,11 **Kelly** 2:8 4:3 |
| 44:18 **employee** 44:15 44:17 **employees** 10:13 10:19,22 14:19 | 12:23 14:17 16:4,16 17:1,7 17:10 28:9 30:14 32:21 | **getting** 12:8 **Gibson** 1:4 2:16 5:10,10 24:17 26:10 38:12 | **include** 39:10,15 **including** 24:13 **inconsistent** 39:23 40:4,13 | 18:19 19:12,17 19:20 20:7,9 20:21 21:1,4,8 23:19 25:7,12 |
| 15:22 16:4,17 17:1,8,11 18:17 19:2 22:16 23:2 | 36:22 42:11 **females** 12:21 16:14 29:10,21 36:12 | **Gibson's** 25:4 38:13 **give** 17:21 **given** 23:4,7,22 | 42:1 **individuals** 32:21 37:22 **information** | 27:8 29:23 33:8,10 37:6 38:7,9 43:4 **kind** 19:6 22:11 |
| 35:21 **Employment** 2:11 **encourage** 14:18 20:12 | **file** 22:8 33:20 **filed** 24:18 25:11 26:11 **files** 23:3,4,7 | 42:16 44:6,9 **giving** 41:10 **go** 9:24 12:12,17 15:8 17:18,20 | 24:14 25:9,15 25:18,23 28:2 34:19 38:21 39:2,22 40:2,5 | **knew** 21:23 **know** 11:7 16:5 17:5 19:6 21:8 22:4 25:12,13 |
| **encouragement** 16:24 17:3 **entire** 33:22 **Esq** 2:3,8,13 | 23:12,15 34:8 34:10 36:7 **filled** 20:1 32:13,13 | 19:10 24:23 29:24 31:12,15 32:7 33:12 36:16 37:19,24 | 40:12,14 42:21 **inspection** 6:13 **inspector** 6:3,16 **inspectors** 6:12 | 25:13,14 34:6 34:7 35:13,14 35:16,19 37:4 **KY** 2:4 |
| **evaluate** 21:17 21:20 41:1 **evaluating** 38:17 **evaluation** 14:16 | **financially** 44:19 **findings** 38:23 **first** 5:2,24 11:9 | **goal** 10:5 **goals** 10:2,4,5 12:23 36:23,24 37:4,8 | **interested** 44:19 **interfere** 20:11 **interviews** 23:3 36:8 | **L** **L** 3:4 **large** 31:19 **Law** 2:11 |
| 15:5,8,11 19:3 28:8 29:4,18 | **five** 8:16,23 | **going** 8:14 19:6 | **involved** 9:19 | **laws** 18:9 |

lawsuit 38:15
lawsuits 38:11
  38:14
leading 41:8
leave 31:21
left 39:19
letter 4:6 18:6
  18:12,23
letters 10:8
  18:4
let's 10:16
  17:20 19:9,10
  37:24
light 39:21 40:3
  40:12
limited 39:21
  40:3,9
list 15:21 23:8
  23:22 35:20
listed 24:5
listing 23:2
live 9:2
LLC 1:15,19
long 8:11 35:8
look 10:6 12:18
  12:19 13:5,24
  17:19,21 20:12
  23:13,15 24:20
  26:4 27:14
  33:17 39:7,8
looked 10:23
  14:2
looking 25:21
  26:1,3 39:6
lot 9:18

─── M ───
M 44:3,24
Magistrate 1:7
main 9:10
man 32:7
management 10:22
  11:1 16:8
mandates 18:9
Marbley 1:7
March 13:12
  26:17
marked 15:2 16:3
  16:23 17:9
  19:8 22:22
  24:8,13 27:12
  27:17 30:11
  42:8
material 38:22
ma'am 39:20 40:8
mean 6:14 10:3
  17:14 23:12
  25:12 31:19
  33:22
meant 33:11
meet 10:4 11:9

  11:12 12:22
  26:17
meeting 10:1,3
  13:16 36:22
Melody 1:12 3:7
  3:19 5:1,8
  20:21 44:4
met 11:18,20
  13:18,21 14:2
  14:8 26:20
  37:4 38:9
middle 14:14,23
  22:19 34:15
Miller 18:15,16
  19:1
minorities 10:9
  12:21 16:13
  29:11,21 36:12
minority 10:2
  12:23 14:17
  16:4,16,24
  17:7,10 28:9
  30:14 32:21
  36:22 42:10
minute 13:5
minutes 13:8
  27:14
misunderstanding
  7:11
misunderstood
  35:1
moment 18:20
monitoring 23:1
  23:2 35:18,18
Montgomery 4:6
  14:4
moved 6:5,7,18
  6:23 7:2 20:2

─── N ───
N 2:1 3:4 4:1
name 5:6,7,9
  13:13 38:8
necessarily
  12:14 39:23
  40:4,13
need 12:8 13:8
never 23:12,13
  30:24 31:6,8
noncompliance
  40:22
nondiscrimina...
  18:10
notary 3:9,11,14
  44:3,24
notes 3:11
notice 3:9
notified 21:14
number 38:11
Nuthers 14:5

─── O ───
O 3:4
object 33:10
Objection 29:23
  31:12,15 32:22
  33:3,8,9 36:13
  37:6,7,19 41:8
  42:6
observations
  26:7
obviously 18:19
  20:10 25:15
  26:13
OCRC 24:13
odd 31:11,14
ODOT 5:21,22,24
  8:4,23 9:19
  11:13,22,23,23
  17:17
office 9:10
  11:19,20 16:20
  44:21
officer 34:17
officer's 22:23
  34:23
official 3:13
Oh 1:16 2:8,12
  7:19 9:17
  11:23,23 26:2
  26:21 31:5
  33:11,24 35:1
Ohio 1:1,20 2:11
  44:1,4,21,24
okay 5:15 6:18
  6:23 7:5,11,16
  7:21 8:2,7,13
  9:4,4,9,12,22
  10:16,17,21
  11:2,7,9,12,14
  12:5,9,17 13:7
  13:11,16 15:1
  15:1,24 16:23
  17:6 18:23
  19:11 21:14,17
  22:2,6,10,13
  22:18 23:6,10
  24:17,20 25:3
  25:6 26:2,5,10
  26:21 27:8,19
  28:5,22 29:2,8
  30:6,16 31:5,6
  32:3,4,8,17
  33:1,15 34:9
  35:15 36:6,10
  36:19 37:3
  39:10 43:2
once 12:10 28:7
open 33:2
opening 15:7,15
  15:16 16:8,10
  16:13,15,19

  28:7 29:19
  30:18 31:1,9
  32:12,14 42:13
  42:13,18
openings 28:13
operate 18:10
Operations 16:1
  34:22
opinion 14:10
opportunities
  14:18,20 16:5
  17:2 30:15
  34:21
opportunity
  17:21,23 28:10
  43:9
order 18:10
  19:11 20:16
original 4:22
outside 12:4,5
  40:18
overnight 9:19
oversaw 6:12,14
  7:15
overtook 18:15

─── P ───
P 2:1,1 3:4
  44:12
page 4:2,5 14:13
  14:15,23,24
  15:22,24 22:18
  22:19 24:7
  26:6 29:2
  30:10 31:23
  32:17 34:15,16
  42:3 44:11
paperwork 15:14
  20:13
paragraph 14:15
  14:21 20:1
  32:5
part 17:14 20:20
  20:24 21:2,12
  38:18 39:12
parties 44:13,16
  44:18
pending 24:12
  25:8
period 21:1,5,7
  26:8 30:9
person 8:13
personnel 14:17
  16:1 23:3,4,7
  23:9,12,15,23
  24:1 28:9
  30:14 34:10,21
  36:6 42:11
place 44:10
Plaintiff 1:5
  2:2 3:8

Plaintiff's 4:5
  27:13,16
please 5:7,17
  20:21 27:10
  32:2
point 7:5
pointed 20:17
Pooja 2:13
position 5:22
  6:2,5,7,19,23
  7:3,13 11:1
  15:10 16:8,15
  20:3,4 32:7,19
positions 16:18
  18:14,17,18
  31:23 33:2
  39:16
prepare 13:13,18
  14:19 17:8,11
prepared 14:7
  26:18 27:23
  28:20
presence 3:12
  44:7
PRESENT 2:15
previous 30:4
printout 24:1
problem 12:7
proceedings
  43:16
process 14:16
  15:5,8,12 28:8
  29:5,18,20
  30:13,19 31:7
  32:20 38:18
  42:9,14
produce 34:10
  35:15,17 36:7
  36:8
produced 20:15
project 6:3,8,10
  6:16 7:12,14
projects 6:12,15
  7:15 25:20
promote 11:1
  19:2
promoted 6:4
  7:17 15:9,22
  15:23 16:17
  20:4 22:3 23:3
  28:17 29:11
  32:6 35:21
promotion 15:15
  15:17 16:8,10
  16:10 17:8,11
  20:5 28:10,24
  29:22 42:23
promotional
  14:18 16:5
  17:1 30:14
  34:20 37:1

  38:17
**promotions** 10:21
  10:24 20:17
  21:24 35:13
  36:11 37:5,9
  37:10,17 38:21
**proof** 3:13
**provide** 23:24
  25:2,3,17,22
  33:19 34:13
  35:3,20
**provided** 15:19
  22:20 25:9,14
  28:23 34:5,16
  40:5,14
**Public** 2:7 44:3
  44:24
**purposes** 27:17
**pursuant** 18:8
  44:12
**put** 18:16 20:22
**p.m** 1:16 3:2
  43:17

---
      **Q**
**qualification**
  3:14
**question** 5:16,19
  24:23 30:1,3
  30:12 31:16,23
  33:13 36:14,17
  40:6,7 41:9,23
**questioned** 42:2
**questions** 5:16
  24:24 38:4,14
  40:16 41:17
  43:3

---
      **R**
**R** 2:1 44:1,12
**race** 24:3,5,5
**Ray** 5:10 38:12
**Raymond** 1:4 2:16
**reach** 40:20 41:2
**read** 43:7,9,12
**reads** 14:15
**really** 17:5,16
  31:17,18
**recall** 11:17
  15:5 17:9 21:3
  23:4 29:8 42:3
**received** 22:23
**recess** 17:22
  27:11 33:16
  38:2
**recognize** 13:9
  13:10
**record** 5:7 17:18
  17:21 25:8
  38:1 44:9
**records** 22:24

  34:14
**reduced** 3:10
  44:6
**refer** 42:2
**referred** 28:15
  39:18
**referring** 19:13
  19:16 20:16
**reflect** 35:12
  37:11 41:24
**reflects** 26:23
  28:16 42:21,22
**regarding** 29:4
  36:8 38:15
**regulations** 41:4
**related** 23:1
  35:17 36:11
**relates** 34:19
**relationship**
  40:18,22
**relative** 44:15
  44:17
**relevant** 39:3
**relied** 18:3 22:8
**rely** 22:15 24:21
**Remember** 27:2
**repeat** 5:17
**replies** 10:10
**report** 11:2
  13:14,19,22
  14:7,14 24:8
  25:14 26:19,22
  28:20 32:9
  37:11 41:24
**reporter** 27:3
  43:6
**reporting** 1:15
  1:19 36:11
**reports** 12:8
  22:24 35:4,6
  35:12 39:24
**represent** 5:10
  38:10
**representing**
  25:7
**requesting** 10:9
**required** 23:11
**requirement** 10:6
**reserving** 43:6
**resides** 9:3
**responding** 18:6
**response** 29:17
  30:12 41:23
**restricted** 31:24
**result** 23:2
  35:18
**review** 8:22 9:16
  9:23 10:18,21
  11:5 12:17
  13:12 16:4,11
  16:13 17:4,13

  17:13,24 19:4
  20:14 25:20
  26:8,9,16
  27:21 29:6
  31:24 33:18
  38:18 39:5
  43:9 44:13
**reviews** 7:6,10
  8:5,8,16 9:11
  9:20 10:12
  11:15 12:6,9
  12:13 22:15
  25:19 29:13
  30:23 36:20
**right** 14:1 20:15
  21:19,23 22:1
  22:6 24:7 26:4
  27:1 28:13
  29:1 31:10
  34:3 35:24
  36:2 37:2,17
  37:18 39:3
  40:10 41:13
  43:7
**Rob** 14:4 21:8
**Ron** 20:1
**Rule** 44:12

---
      **S**
**S** 2:1 3:4,4
**says** 5:2 15:21
  18:5,7,24
  19:24 25:1
  26:6 28:18
  32:5 34:16,23
**schedule** 12:11
**scope** 39:21 40:3
  40:9
**Scott** 32:6,13
**seal** 44:21
**season** 19:3
  20:10 32:5
**second** 32:4
**section** 2:11
  29:3,5 30:10
  34:21
**see** 7:19,21 10:6
  10:23 14:21
  15:3,9 19:11
  19:12,17 28:9
  29:21 31:20
**seek** 14:19 17:1
**seen** 16:19
**sending** 10:8
**sent** 13:20,23
  14:6 15:20
**separate** 22:11
**September** 12:15
  12:15
**series** 5:15
**Session** 3:1

**set** 44:20
**seven** 9:8,11
**Sharrett** 14:4
**Shelly** 1:7 5:11
  8:8 9:6 10:14
  10:16 11:21,24
  13:11 18:6,13
  21:17 22:15
  23:16 27:21
  29:11 30:18,23
  32:6 33:19
  38:10,17,22,23
  39:6 40:5,14
  40:21,23 41:7
**Shelly's** 36:11
**short** 17:22
  27:11 33:16
  38:2,9
**show** 15:14
**showing** 10:1
  18:13 28:23
**signature** 3:15
**signed** 3:18
**simply** 36:24
  39:2
**sir** 39:17
**small** 33:23
**sorry** 6:9 8:18
  13:23 19:4,14
  20:21 22:7
  23:19 27:5
  34:20 35:1
**sort** 40:17
**SOUTHERN** 1:1
**specialist** 6:8
  6:10 7:12,15
**specified** 44:11
**Spectrum** 1:15,19
**spell** 5:7
**spun** 21:3
**Square** 2:7
**SS** 44:2
**stack** 13:2 17:24
  19:8 33:22,23
  33:24 34:6
**stacks** 34:2,2
**Stacy** 44:3,24
**start** 23:9
**started** 7:9
**state** 2:11 5:6
  18:8 44:1,4,24
**stated** 41:24
**statement** 33:7
  35:2
**STATES** 1:1
**statistical** 35:5
  35:12
**statistics** 37:21
**stay** 22:11
**stays** 9:19
**stenotype** 44:7

**stenotypy** 3:11
**Stewart** 1:15,20
**stipulated** 3:6
**stopped** 9:20
**Street** 2:12
**strike** 13:16
  29:16 31:14
**stuff** 18:4 34:4
**subpoenaed** 17:17
  34:1
**sufficient** 26:7
**Suite** 2:4
**sure** 6:17 9:24
  18:22 22:10
  36:21
**sworn** 5:2 44:5

---
      **T**
**T** 3:4,4 44:1,1
**take** 13:5 17:19
  27:3,13 33:15
**taken** 1:15 3:9
  17:22 23:1
  27:11 33:16
  38:2 44:10
**talk** 12:3,5
**talking** 20:11
  35:5
**talks** 20:9
**tech** 5:23 7:1,18
**techs** 8:4
**tell** 9:22 10:24
  11:3 15:11
  17:2 18:2 21:7
  22:16 27:19
  33:2 36:19
  41:7
**tells** 24:22
  30:19
**Teresa** 2:3 5:9
  18:19
**Terry** 14:5
**testified** 21:9
  28:6 42:11
**testifies** 5:2
**testify** 44:5
**testifying** 41:10
**testimony** 42:4
  43:11 44:6,9
**Thank** 41:15 43:4
**Thanks** 43:14
**that's** 7:12 8:16
  17:8 21:4
  23:11,11 24:13
  26:20 28:18
  31:3,4 36:18
**there's** 9:1
  15:16 16:7
  25:1
**they're** 9:7,7
  10:3 18:5 37:1

| | | | |
|---|---|---|---|
| **they've** 12:22 23:22 31:6<br>**thing** 18:7<br>**think** 21:8 24:6 31:11 41:11<br>**Thornville** 20:5 20:24 21:12<br>**thought** 33:11<br>**time** 3:9 12:12 12:15 15:15 21:1,4,7 25:8 30:9 43:4 44:10<br>**title** 44:11<br>**today** 5:12 38:12 40:17<br>**told** 15:6 17:10 22:2 26:13 28:7,12 29:8 29:19 30:17 32:12,18,19 36:1 38:16 41:11 42:1,12 42:17<br>**top** 14:22<br>**trainees** 12:19 12:20<br>**Training** 14:14 29:18 30:10 42:7<br>**transcribed** 3:12 44:8<br>**transcript** 3:16 4:22 43:7,9,12 44:14<br>**transcription** 43:10<br>**transportation** 5:23 7:1,18 8:4<br>**traveling** 9:1,18<br>**true** 30:22 31:3 31:4,5 33:1,7 44:9<br>**truth** 44:5<br>**trying** 12:22<br>**turn** 13:1 14:13 15:24 19:5 24:7 29:2 32:2 32:17<br><br>— **U** —<br>**U** 3:4<br>**Uh-huh** 7:7 11:4 11:16 12:1 14:9 15:4,21 16:2 18:1 22:21 24:10 26:24 35:7,9 35:22<br>**understand** 5:17 | 5:18 19:20 30:2 34:18 36:15 40:6<br>**understanding** 9:5 30:7,9 31:8<br>**union** 10:7,9,12 10:14,15,19,22 18:5<br>**unions** 10:11 37:22<br>**UNITED** 1:1<br>**Upp** 44:3,24<br>**upside** 22:12<br><br>— **V** —<br>**vacant** 18:17<br>**vs** 1:6 5:11<br><br>— **W** —<br>**waive** 43:14<br>**waived** 3:15,16 44:13<br>**want** 13:5 19:17 22:10<br>**Ward** 2:7<br>**wasn't** 20:13<br>**way** 43:11<br>**Wednesday** 3:1<br>**went** 8:18 11:24 13:2,21,22 14:7 26:23 29:6 30:4,7 32:20 34:4 42:5<br>**weren't** 21:14 26:13 42:17<br>**We'll** 43:14<br>**we're** 5:12 12:3 25:21,21 26:3 38:13<br>**we've** 36:6<br>**what's** 5:22 27:12<br>**WHEREOF** 44:20<br>**witness** 2:10 3:7 3:13,15,17 23:20 26:5 27:5 43:13 44:7,13,20<br>**words** 16:12<br>**work** 6:17 40:18<br>**worked** 8:21,22 9:15<br>**wouldn't** 26:22<br>**writing** 3:11<br>**www.spectrumr...** 1:22<br><br>— **X** —<br>**X** 4:1 24:8 | **Xs** 15:19<br><br>— **Y** —<br>**Yeah** 13:4 21:10 26:6 32:11<br>**year** 7:8 12:10 12:12 16:11 18:11,18 21:6 25:19,21 26:21 28:1,12,24 29:4 32:9 33:18 36:3<br>**years** 6:22 7:10 7:22 8:1,12,14 8:16,23 11:11 29:12 30:22<br>**Yoakum** 4:6<br>**young** 31:20,20<br>**you're** 8:2,6,7 10:7 19:13,18 26:21 28:1 35:5 42:4<br>**you've** 8:13 19:21 29:12<br><br>— **0** —<br>**04** 26:8 30:8 42:21,23<br>**05** 13:13 20:3 26:17 30:8 42:21<br>**06** 26:23<br>**07** 26:22 27:22<br>**07-377** 1:6<br><br>— **1** —<br>**1** 5:23 6:3,8,10 7:1,18 13:1,3 22:18 32:8,18 33:12,17 34:15 42:3<br>**1-1-04** 26:8<br>**1:50** 1:16 3:2<br>**100** 2:4<br>**11** 15:24 22:18 34:15<br>**11-by-18** 35:8<br>**12-31** 26:8<br>**127** 2:7<br>**14** 1:16 3:2 24:8<br>**15** 6:22 7:10,24 8:12,14<br>**150** 2:12<br>**17th** 42:21<br>**18** 19:6,11,16,19 19:21 28:16 32:2,4 33:6,11 33:11 39:19,23 40:3,13 42:22<br>**19th** 18:24<br>**1988** 6:1 | — **2** —<br>**2:45** 43:17<br>**20** 4:6 11:11 27:13,16,20 29:3<br>**2004** 25:20 26:11 32:5,9 33:18 36:4<br>**2005** 19:4,4 25:20 32:8 33:18<br>**2006** 18:24 19:3 20:5,8,10 21:24 22:3 28:3,17,24<br>**2008** 1:16 3:2 44:22<br>**22nd** 2:12<br>**25th** 27:22<br>**27** 4:6<br><br>— **3** —<br>**3-27-07** 4:7<br>**30(e)** 44:12<br>**333** 1:15,20<br>**38** 4:3<br><br>— **4** —<br>**41** 4:4<br>**41042** 2:4<br>**43206** 1:16,20<br>**43215** 2:12<br>**44114** 2:8<br><br>— **5** —<br>**5** 4:3<br><br>— **6** —<br>**614-444-1000** 1:21<br><br>— **7** —<br>**71** 2:4<br><br>— **8** —<br>**8** 14:13,24 29:2 30:10 31:23 32:17 42:3<br>**800-635-9071** 1:21<br><br>— **9** —<br>**9th** 13:12 26:17 |