UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND GIBSON, | ) | |
| | ) | Case no. 07-377 |
| Plaintiff | ) | |
| | ) | Judge Marbley |
| Vs. | ) | |
| | ) | Magistrate Judge Abel |
| THE SHELLY CO., | ) | |
| | ) | MOTION FOR LEAVE TO MANUALLY |
| Defendant | ) | EXHIBITS TO THE DEPOSITIONS OF |
| | ) | MELODY CONRAD AND |
| | ) | CANDACE BURK GALES |
| | ) | |

NOW COMES PLAINTIFF and hereby moves this Court for leave to manually file the exhibits to the depositions of Melody Conrad and Candace Burk Gales. The depositions of Melody Conrad and Candace Burk Gales were electronically filed on July 16, 2008. After they were filed, plaintiff discovered that the exhibits attached to the depositions were not attached.

WHEREFORE, plaintiff moves this Court for leave to manually file the exhibits to the depositions of Melody Conrad and Candace Burk Gales.

Respectfully submitted,


/s/ Teresa Cunningham
Teresa Cunningham
71 Cavalier Blvd., Suite 125
Florence, KY  41042
859-371-7300
tcunningham@isoc.net

CERTIFICATE OF SERVICE

1

2

      I HEREBY CERTIFY that the parties will be served via the Court's electronic filing system this 17th day of July 2008.

                              /s/ Teresa Cunningham
                              Teresa Cunningham