UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAYMOND GIBSON, ) | |
| ) | case no. 07-377 |
| Plaintiff ) | |
| ) | Judge Marbley |
| Vs. ) | |
| ) | Magistrate Judge Abel |
| THE SHELLY CO., ) | |
| ) | PLAINTIFF'S MOTION FOR |
| Defendant ) | LEAVE TO FILE THE DEPOSITION |
| ) | OF RAYMOND GIBSON IN |
| ) | GIBSON V. SHELLY CO. |
| ) | CASE NO. 2:05CV888 |

NOW COMES PLAINTIFF and moves this Court for leave to file the deposition of Raymond Gibson in Gibson v. The Shelly Co., case no. 2:05cv888, Southern District of Ohio, Eastern Division.  The parties have agreed that all depositions used in case no. 2:05cv888 shall be used in this matter. Plaintiff wishes to electronically file the complete deposition of Mr. Gibson in 2:05cv888.

It is plaintiff's understanding that defendant does not oppose this motion. WHEREFORE, plaintiff moves this Court for leave to file the complete deposition of Raymond Gibson in Gibson v. The Shelly Co., case no. 2:05cv888.

                Respectfully submitted,

                /s/ Teresa Cunningham
                Teresa Cunningham
                71 Cavalier Blvd., Suite 125
                Florence, KY  41042
                859-371-7300
                tcunningham@isoc.net

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that all parties will be served via the Court's electronic filing system this 17th day of July 2008.

                               /s/ Teresa Cunningham
                               Teresa Cunningham