IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Raymond L. Gibson,                          :

                    Plaintiff      :      Civil Action 2:07-cv-377

    v.                                      :      Judge Marbley

The Shelly Co.,                             :      Magistrate Judge Abel

                  Defendant      :

ORDER

Plaintiff Raymond L. Gibson's July 17, 2008 motion for leave to file exhibits to the depositions of Melody Conrad and Candace Burk Gales manually (doc. 24) is GRANTED. Plaintiff's July 17, 2008 motion for leave to file the deposition of Raymond Gibson in Gibson v. The Shelly Co., case no. 2:05cv888, Southern District of Ohio, Eastern Division in this case (doc. 25) is also GRANTED.

                                        s/ Mark R. Abel_____
                                        United States Magistrate Judge