# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

**RAYMOND L. GIBSON, JR.,** :
:
     **Plaintiff,** : Case No. 2:07-cv-377
:
**v.** :
: **JUDGE ALGENON L. MARBLEY**
**SHELLY MATERIALS, INC.,** : Magistrate Judge Abel
**dba The Shelly Co.,** :
:
     **Defendant.** :

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 30, 2009 Opinion and Order, Defendant's motion for summary judgment is **GRANTED.** Judgment is entered in favor of the Defendant on Plaintiff's claims. This case is **DISMISSED.**

Date: **March 30, 2009**                James Bonini, Clerk

                                                   s/Betty L. Clark
                                                   Betty L. Clark/Deputy Clerk